# David I. Siegel
Attorney at Law
1382 Stony Brook Road
Stony Brook, NY 11790
ph: (631)751-5316
email:kotanos@gmail.com

June 18, 2023

### A Letter in Support of David C. Lettieri

Since I first meet David Lettieri almost ten years ago, I have always known him to be a kind and caring person. He has treated everyone I've seen him interact with in a polite and considerate manner; for example, when he worked as a vendor at science fiction and comic book conventions and when we were both enrolled in a class for screenwriting hobbyists.

I've known David to always do his best to care for his many pets, to which he would refer as if they were members of his own family. His concern for them ran very deep. Whenever one of them fell ill, he would bring them to the veterinarian, sparing no expense to ensure their health.

In conclusion, in all my experiences with David, I've known him to be someone capable of great kindness and altruism, for which I believe he is deserving of the greatest degree of leniency.

Sincerely,

*[signature]*

David I. Siegel, Esq.

Eric R Veit
8 Robinson Avenue
Medford NY 11763

To the Honorable Lawrence J. Vilardo

Dear Judge Vilardo,

My name is Eric Veit, and I am a Business Manger in the state of New York. I am writing to provide a character reference for my nephew, David Lettieri.

I have known David for almost 24 years and have watched him grow up for most of his life. I have only known him to be kind and caring. He has been my go-to person for many projects around my house. Whether it was simply helping to move furniture or other household chores, David has always been willing to help. In 2018, I gifted him with my old car, a 2003 Saturn. This was a token of appreciation for all his hard work and how caring he has been to my wife and I.

Respectfully,

Eric R. Veit

*Eric R Veit*

Sara Gamino
3312 27th St SW
Lehigh Acres, FL 33976

Dear Judge Villardo,

    My name is Sara Gamino and I am writing a character reference for my cousin, David Lettieri. I have known David for his entire life.

    David did not have it easy growing up as he was in a low income, single parent family. He also has disabilities that effect his speech and reading/writing (dyslexia). Even with these odds against him, he managed to go on to college and graduate.

    There are a few things that have always amazed me about David's character. He was often victim of insults and bullying, yet I have never heard him fight back or speak badly of anyone. He has always been very respectful. Another thing that is admirable about David is how generous and helpful he tries to be. When I lived in California, David

once bought my moms plane tickets so she could visit me. When I got married he also watched her animals so she (my mother) could travel and attend my wedding. During Covid David heard I couldn't find toilet paper. He called me offering to send me some in the mail.

    Thank you for allowing me to highlight some positives on the type of man my cousin is. I respectfully ask for leniency in these upcomming decisions.

    Thank you,
    Sara Gamino
    *Sara Gamino*

Deborah Dalbenzio
46 Silver Street
Patchogue NY 11772
631-875-9039
Debbiedalbenzio@gmail.com

Dear Honorable Lawrence J. Vilardo,

My name is Deborah Dalbenzio. I am David Lettieri's aunt. I would like to tell you a little about my nephew.

When he was a small child he spent a lot of time with his paternal grandparents. He loved them dearly. On 9/4/93 at the age of 6 he found his grandmother dead on the couch. On 9/12/17 he found his grandfather dead at the bottom of the stairs, whom he had been living with at the time.

He has had speech problems since he began talking. He couldn't be understood at times. As a child he would cry a lot / scream/ and drop himself to the ground because he couldn't be understood. He is emotionally disturbed. Spent some time getting evaluated for mental health in facilities, but despite all that he managed to graduate high school. He got a scholarship for dyslexia where he got a bachelors degree in communication arts at NYIT.

The David I know is very respectful, and would help anyone who asked. I have never even heard him curse once.

I respect the jury's verdict and in no way minimize what he did. I would respectfully request leniency when sentencing David. Thank you for taking the time to read this.

Sincerely,

Deborah Dalbenzio

Deborah Dalbenzio

February 8, 2024

My name is Douglas Coyne. I am the boyfriend of the mother of the defendant David C. Lettieri. I've known David for 7 years. David would often come to my house for dinner and visit his mother and I. David has always been respectful and kind. David had many animals that he would do anything for. I know David has been found guilty of a crime and should be punished for it. However I feel David deserves a second chance. So I ask the court when handing down his sentence show him some leniency?

Respectfully

Douglas Coyne

1

Jennifer Veit
8 Robinson Avenue
Medford NY 11763

To the Honorable Lawrence J. Vilardo

Dear Judge Vilardo,

My name is Jennifer Veit, and I am writing to provide a character reference for my nephew, David Lettieri.

David is my sister's son and therefore I have known him for his entire life. I used to babysit him as a child and have only known him to be kind-hearted. David grew up in a single parent, low-income household and yet he was able to overcome this obstacle to go on to receive a college degree. This is an accomplishment that my mother, David's grandmother, and myself are most proud of him for. From afar, I see how caring he is to his grandmother. He makes it a point to call her and visit, often stopping by to have one on one meals with her.

Respectfully,

Jennifer Veit

*Jennifer Veit*

February 8, 2024

My name is Lorraine Leeb. I am the mother of David C. Lettieri. David at a very young age had speech problems. He was very hard to understand. So at the age of 3 he went to St Charles Educations for speech. Through out his school years he was in special education. As he got into middle school and high school he joined robotics club and media club. David loved to write short stories and wanted to get into directing. David graduated high school with a scholarship for dyslexia. He went on to college. While in college he had his own radio show. He was so proud of all that he had to over come. David has always shown kindness to people and animals. He was very fond of his paternal grandparents. In 2017 his lost his grandfather who spent a lot of time with David. Loosing his grandfather impacted David hard. David has always been there when anyone needed help and ask for nothing in return. He adored his pets and would do anything for them. David is a very simple person not needing much. I accept the verdict the jury came back with. I do ask if your honor can show leniency for my son. I thank you for taking the time to read this.

Lorraine Leeb

1

July 6, 2023

My name is Micheal Zinkofsky. I've know David Lettieri and his family for 27 years. And in those 27 years I've seen David over come many obstacles. David had a speech issue and many times it as very hard to understand him. As he got older he was alittle more easier to under stand him. But at times I would have to ask what he's saying since I didn't understand. David loved to take pictures and videos and try to make a story. David graduated high school and went on to college. David has always shown me respect and treated me kindly. I feel David is worthy of a second chance. So I respectfully ask the court to give David leniency .

Simcerly,

*Michael [signature]*

Michael Zinkofsky

06/30/2023

To Whom It May Concern,

It is my understanding that David Lettieri is a contributing member of society. He has a passion for the film industry. I have known him to be someone who comes up with creative ideas for new film projects. He tends to be someone who does not sit idle. He likes to constantly do something constructive and productive to keep himself busy.

As such, I believe David is someone who can contribute to the economy. He has always expressed interest in starting a company and being able to hire employees and provide a stable stream of income for them with a successful business. Small business owners are what drive our community in today's society. David is no stranger to that concept.

David is an avid reader of the news. He loves reading good journalism and staying up to date with current events. I can remember him picking up the New York Times paper every Sunday like clockwork. He does enjoy a good read to stimulate the mind.

Events are also an enjoyable hobby of David's. He loves going to Winter-Con, Comic-Con, and other Con events that he finds time for. He enjoys reading comic books just as much as he enjoys reading the newspaper. Collectibles are something that David enjoys purchasing at such events.

David enjoys educating others on financial management. As a hobby, he enjoys collecting coupons and developing strategies to use them to maximize savings. His experience doing this has caused him to become knowledgable enough to educate others in his community.

Having expressed desires to start a business, including buying, selling, and renting property, I believe David can contribute large amounts of tax dollars into his local, state, and federal government tax revenue. If he is successful at half of the projects he has in mind, I think the revenue he generates can provide the US government a great benefit as well as create jobs in the

community.

    Several years ago, I met David's late grandfather. He was a retired air force veteran. He was a kind man - much like David. I remember that he had held David in high esteem. When he passed, David was deeply affected. He told me that he would give the world to have his grandfather back.

    I have known David to be an altruistic and kind person. He is an animal lover who spends a lot of time caring for his pets. He has expressed to me in the past that caring for them gives him a good feeling in his heart. I believe him to be an intuitively good person. Taking into consideration all the aforementioned points, I would like to ask if leniency can be shown to David.


    Sincerely,

    Oliver Rahman