# CERTIFICATE OF COMPLETION





**AWARDED TO**

## David Lettieri

**FOR SUCCESFULLY COMPLETING**

### S.T.A.R.S.

**STRAIGHT TALK ABOUT REAL SITUATIONS**

**PHASE-I**

Michael J. Filicetti
Sheriff

Michael J. Filicetti
Sheriff

Awarded this 12ᵗʰ day of December 2023



**WANE T. BARNES**

Instructor

# CERTIFICATE OF COMPLETION



Michael J. Filicetti
Sheriff

AWARDED TO

## David C. Lettieri

FOR SUCCESFULLY COMPLETING

### BASIC

## ANGER MANAGEMENT

Awarded this 1st day of March 2024



WANE T. BARNES
Instructor

Michael J. Filicetti
Sheriff